**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IRONWORKERS LOCAL UNION NO. 808, et al.,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-280-Orl-22KRS**

**RAYMOND J. WAHL, d/b/a: Structural Steel of Brevard,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION TO COMPEL AN AUDIT OF BOOKS AND RECORDS AND EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT (Doc. No. 16)** |
| **FILED:** | **May 16, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The motion does not comply with M.D. Fla. L.R. 3.01(a), which provides, in relevant part, that "[i]n making any written motion or other application to the Court for the entry of an order of any kind, in [a] civil case . . . the moving party shall file and serve with such motion or application a *brief or*

*legal memorandum with citation of authorities in support of the relief requested.*" (emphasis added).

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties