**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IRONWORKERS LOCAL UNION NO. 808, et al.,**

          **Plaintiffs,**

**-vs-**                                                         **Case No. 6:05-cv-280-Orl-22KRS**

**RAYMOND J. WAHL, d/b/a: Structural Steel of Brevard,**

          **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **JOINT MOTION FOR CONTINUANCE OF HEARING (Doc. No. 31)**
>
> **FILED:**     **November 8, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

The hearing scheduled to take place on November 8, 2005, with respect to Plaintiffs' Motion to Enforce Subpoena Duces Tecum and to Impose Sanctions (doc. no. 27) is hereby **CANCELLED**. Furthermore, the Motion to Enforce Subpoena Duces Tecum and to Impose Sanctions is **DENIED** without prejudice to provide counsel with an opportunity to conduct a conference as to the issues raised in the motion pursuant to Middle District of Florida Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties